■ In the Matter of JASON J.W., Appellant. WYOMING COUNTY ATTORNEY, Respondent. [817 NYS2d 573]—Appeal from an order

of the Family Court, Wyoming County (Michael F. Griffith, J.), entered October 20, 2005 in a proceeding pursuant to Family Court Act article 3. The order, among other things, placed respondent in the custody of the New York State Office of Children and Family Services until August 9, 2006.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Green, JJ.